IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARYLAND CASUALTY COMPANY                                    PLAINTIFF

VERSUS                                    CASE NO.: 5:08cv262-DCB-JMR

PRESTON REUTHER and
MARY REUTHER                                              DEFENDANTS

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court from statements of counsel that all things and matters in controversy

between the parties hereto have been fully and finally compromised and settled, it is, therefore,

ORDERED that this action be, and the same is hereby dismissed with prejudice, with each

party to bear his, her, or its own costs, including discretionary costs.

SO ORDERED on this the 28th day of July, 2009.


s/David Bramlette
DAVID BRAMLETTE, III
Senior District Judge


Agreed to and approved by:


s/ Jeffrey S. Dilley                              s/ Kevin E. Gay
Jeffrey S. Dilley (Bar # 6127)                    Kevin E. Gay (Bar # 100721)
Attorney for Maryland Casualty Co.                Attorney for Preston Reuther and
                                                  Mary Reuther